McGAHEY & COMPANY *v.* SMITH.

SIMMONS, C. J.    "A city court has no jurisdiction to entertain an appeal from a justice's court," and it was error to refuse to dismiss such an appeal.    *Kirkman* v. *Gillespie,* 112 *Ga.* 507.

*Judgment reversed. All the Justices concurring.*

Argued May 7, — Decided May 24, 1901.

Appeal.    Before Judge Hobbs.    City court of Albany.    November term, 1900.

*Wooten & Crosland,* for plaintiffs.
*D. H. Pope & Son,* for defendant.